■ ELAINE CATHERWOOD et al., Respondents, v AMERICAN STERILIZER COMPANY et al., Defendants, and LINDE, a Division of UNION CARBIDE CORP., Appellant.—Order unanimously affirmed without costs. Memorandum: We conclude that plaintiff's failure to serve the complaint until nine days after it was due was not law office failure under the circumstances of this case *(cf., Kel Mgt. Corp. v Rogers & Wells,* 64 NY2d 904, 905). Consequently, there being a sufficient indication of merit and no prejudice to defendant, it was not an abuse of discretion for Special Term to deny the motion to dismiss the complaint *(see, Donnelly v Pepicelli,* 58 NY2d 268; *Barasch v Micucci,* 49

NY2d 594, 600). (Appeal from order of Supreme Court, Erie County, Doyle, J.—dismiss action.) Present—Doerr, J. P., Boomer, Green, Pine and Davis, JJ.